RECEIVED & FILED

SO ORDERED

4/7/2011

_____
Chief U.S. Bankruptcy Judge

APR 0 7 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

APR 0 5 2011

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

CATHERINE A. DAMON,
    Debtor.

Case No. 09-14178
Chapter 13

### APPLICATION TO DISMISS CHAPTER 13 CASE

CATHERINE A. DAMON, debtor herein and would show the Court the following.

1. That the debtor filed a petition under Chapter 13 of the Bankruptcy Code on November 5, 2009.

2. Debtor is eligible to have her Chapter 13 bankruptcy case dismissed and desires to have her Chapter 13 Case Number 09-14178 dismissed.

WHEREFORE, debtor prays for an Order dismissing her Chapter 13 Case Number 09-14178.

Dated: 4-7, 2011

Michael J. Toomey, Esq.
Toomey & Gallagher
One South Western Plaza
P.O. Box 2144
Glens Falls, NY 12801
(518) 743-9000

I, CATHERINE A. DAMON, debtor in the above-entitled case Certify under the penalty of perjury that the foregoing is true and correct.

*Catherine Damon*
CATHERINE A. DAMON

###     4-4-11