*ocdsmATr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Catherine A. Damon<br><br>xxx–xx–2357<br>48 Caldwell Street<br>LAKE GEORGE, NY 12845 | )<br>)<br>)<br>)Case Number: 09–14178–1–rel<br>)<br>)<br>)Chapter: 13 |

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order dated 4/7/11 , it is

ORDERED that Andrea E. Celli is discharged as trustee of the estate of the above–named debtor(s) and that the case be and hereby is closed.

Albany, NY
DATED: 5/24/11

*BY THE COURT*

HON. ROBERT E. LITTLEFIELD, JR.
Chief U.S. Bankruptcy Judge